UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| Deirdra Duncan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SRT Partners LLC, their attorneys Kimball, Tirey & St. John LLP, Eli A. Gordon as attorney for SRT Partners, Karl P. Schlecht as attorney for SRT Partners; Richard Fell as an individual; Scott Kato as an individual; Brian Stone as an individual; Neil Thompson as an individual; etc.,<br><br>　　　　Defendants. | Case No. 11cv05132 VBF (VBKx)<br><br>Hon. Valerie Baker Fairbank<br><br>[PROPOSED]<br>JUDGMENT FOR SRT DEFENDANTS AND FOR KTS DEFENDANTS AND AGAINST PLAINTIFF |

　　The Complaint [DE 1] of Plaintiff Deirdra Duncan in the present action was filed on or about June 20, 2011 against Defendants including SRT Partners, LLC, Richard Fell, Scott Kato, Brian Stone, and Neal Thompson (collectively, the "SRT Defendants") and Kimball, Tirey & St. John LLP, Eli A. Gordon and Karl P. Schlecht (collectively, the "KTS Defendants"). Following motions to dismiss, on or about August 2, 2011 Plaintiff filed her First Amended Complaint [DE 21] against Defendants including the SRT Defendants and the KTS Defendants.

On August 16, 2011, the KTS Defendants filed their Motion to Dismiss [DE 25] the First Amended Complaint. On August 18, 2011, the SRT Defendants filed their Motion to Dismiss [DE 49] the First Amended Complaint. The parties filed opposing [DE 63 and 68] and reply papers [DE 67 and 70].

On September 20, 2011, the Court referred the Motions to Dismiss [DE 76] to Magistrate Judge Victor B. Kenton. On January 25, 2012, the Magistrate Judge issued his Report and Recommendation [DE 89 and 90] recommending, among other things, that Plaintiff's First Amended Complaint be dismissed as to the SRT Defendants and the KTS Defendants With Prejudice.

Plaintiff filed objections [DE 92] to the Report and Recommendation, and the SRT Defendants and the KTS Defendants filed replies [DE 93 and 94].

On March 1, 2012, following the Court's de novo review, the Court issued its Minute Order [DE 97], among other things, approving the Report and Recommendation as to the SRT Defendants and the KTS Defendants and granting the Motion to Dismiss of the SRT Defendants and the KTS Defendants with prejudice.

Therefore, IT IS HEREBY ADJUDGED that Judgment of Dismissal With Prejudice be entered against Plaintiff Deirdra Duncan and in favor of Defendants SRT Partners, LLC, Richard Fell, Scott Kato, Brian Stone, and Neal Thompson, and Kimball, Tirey & St. John LLP, Eli A. Gordon and Karl P. Schlecht.

Dated: 3-7-12

Valerie Baker Fairbank
Judge of the United States District Court