UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEIRDRA DUNCAN, | ) No. CV 11-05132-VBF (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING THE FINDINGS ) AND RECOMMENDATION OF THE UNITED |
| v. | ) STATES MAGISTRATE JUDGE, AND (2) ) GRANTING PASADENA CITY |
| SRT PARTNERS LLC, et al., | ) DEFENDANTS' MOTION TO DISMISS |
| Defendants. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Court (1) approves the findings and recommendations of the United States Magistrate Judge; (2) directs that Judgment be entered dismissing the Pasadena City Defendants.

DATED:  6-19-12

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE