UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEIRDRA DUNCAN, | ) | No. CV 11-05132-VBF (VBK) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SRT PARTNERS LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Pasadena City Defendants.

DATED:___6-19-12___

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE