**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DEIRDRE DUNCAN,** | ) | NO. CV 11-05132-VBF-VBK |
| **Plaintiff,** | ) | |
| v. | ) | RULE 58 JUDGMENT |
| COLDWELL BANKER (a public entity), | ) | |
| Defendant. | ) | |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED:      April 21, 2014

_Valerie Baker Fairbank_

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE